D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California  94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616

gill@sperleinlaw.com

Attorney for Plaintiff
IO GROUP, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC. d/b/a TITAN
MEDIA, a California corporation,

      Plaintiff,

             vs.

DOES 1-244, individuals,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO.: 10-3647 (MEJ)**

~~[PROPOSED]~~ ORDER GRANTING
PLAINTIFF LEAVE TO TAKE EARLY
DISCOVERY

### ~~[PROPOSED]~~ ORDER

      Having considered Plaintiff's Miscellaneous Administrative Request Pursuant to Local

Rule 7-11 for Leave to Take Discovery Prior to Rule 26 Conference and finding good cause

therefore,

      **IT IS HEREBY ORDERED,** that Plaintiff is granted leave to take early discovery.

Plaintiff may immediately serve on AT&T Internet a subpoena or subpoenas to obtain subscriber

information for subscribers assigned IP addresses identified by Media Protector.  Plaintiff's

counsel shall issue the subpoena(s) in substantially in the same form as the example attached as Exhibit A to Plaintiff's Miscellaneous Administrative Request for Leave to Take Discovery Prior to Rule 26 Conference;

**IT IS FURTHER ORDERED,** that subpoenas authorized by this order and issued pursuant thereto shall be deemed appropriate court orders under 47 U.S.C. §551;

**IT IS FURTHER ORDERED,** that AT&T Internet, Inc. shall have twenty-one (21) days from the date they are served a copy of this order to respond to the subpoena in order that it may have sufficient time to provide notice to the subscribers whose subscriber information Plaintiff seeks to obtain thereby; and

**IT IS FURTHER ORDERED,** that good faith attempts by AT&T, Internet, Inc. to notify the subscribers shall constitute compliance with this order.

Dated:_October 4, 2010
_____                _____
                                        CHIEF MAGISTRATE JUDGE MARIA-ELENA JAMES,
                                        UNITED STATES DISTRICT COURT

-2-