D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation, | CASE NO.: 10-3647 (MEJ) |
| Plaintiff, | **PLAINTIFF IO GROUP, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO EXTEND TIME TO SERVE DEFENDANTS AND TO RESET CASE MANAGEMENT CONFERENCE** |
| vs. | |
| DOES 1-244, individuals, | **Current CMC Schedule:** |
| Defendants. | Date: 12/2/2010<br>Time: 10:00 a.m.<br>CtRm: B, 15th Fl |

Pursuant to Local Rule 7-11, Plaintiff moves the Court to extend the time to serve Defendant Does 1-244 and to reset the Case Management Conference currently scheduled for December 2, 2010 at 10:00 a.m. Plaintiff could not obtain stipulation for this motion because Plaintiff, in spite of diligent efforts, has not yet identified the Doe Defendants.

## I. GOOD CAUSE EXSISTS FOR PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO SERVE DEFENDANTS.

Federal Rule for Civil Procedure 4(m) requires Plaintiff to serve defendants within 120 days of filing the Complaint, but also provides that the Court must extend that time for good cause. Fed. R. Civ. Pro. 4(m). Plaintiff filed its Complaint on August 19, 2010, making the service deadline December 17, 2010.

As previously raised to the Court in its Motion for Leave to Take Early Discovery, Plaintiff does not currently know the identity of the Doe Defendants in this matter. [Plaintiff's Administrative Request for Leave to Take Discovery prior to Rule 26 Conference, Docket No. 5] Currently, the only clue Plaintiff has to the identity of the Does, is the ip address associated with the infringing activity. [*Id*. at 2:22] Therefore, Plaintiff moved the Court for Leave to subpoena Defendants' Internet Service Provider, AT&T, for identifying information of the account holders of the ip addresses identified by Plaintiff.

The Court granted Plaintiff's request on October 4, 2010. [Order Granting Plaintiff Leave to Take Early Discovery, Docket No. 10] Plaintiff served the subpoena on AT&T that same day. [Declaration of D. Gill Sperlein in Support of Io Group, Inc.'s Miscellaneous Administrative Request To Extend Time To Serve Defendants And To Reset Case Management Conference at ¶2; Exhibit A.] Because, the subpoena requested information for a large number of subscribers (244) Plaintiff allowed AT&T until December 5, 2010 to respond. [*Id*.]

On October 10, 2010, Rhonda Compton of AT&T telephoned Plaintiff's counsel,

1 explained that AT&T has been inundated with similar subpoenas, and requested an
2 extension until March 18, 2010 to comply with the subpoena. [*Id*. at ¶3.] In the spirit of
3
4 cooperating with a non-party's assumed good faith efforts, Plaintiff's counsel agreed to
5 the extension. [*Id*.]
6       Since there is no other means for identifying the Doe Defendants and since it is
7 impossible to serve them without first identifying them, Plaintiff has good cause for
8
9 requesting an extension of time to complete service. Since most litigation have 120 days
10 to serve defendants, Plaintiff requests 120 days from the date AT&T will provide the
11 subscriber information.[1] Thus, Plaintiff respectfully requests that the deadline for serving
12 the Doe Defendants be extended until July 14, 2011.
13
14 ///
15 ///
16 ///
17 ///
18
19 ///
20 ///
21 ///
22 ///
23

---

[1] Even though AT&T will provide the requested subscriber information on March 16, 2010, Plaintiff may still have to take additional steps to ensure that it has identified the person responsible for the infringing activity.

3

ADMINISTRATIVE REQUEST TO EXTEND TIME
TO SERVE DEFENDANTS AND TO RESET CMC
C-10-3647 (MEJ)

## II. UNTIL PLAINTIFF IDENTIFIES AND SERVES DEFENDANTS, A CASE MANAGMNT CONFERNCE WOULD SERVE LITTLE PURPOSE.

Because a Case Management Conference is of little value prior to naming and serving the Doe Defendants, Plaintiff requests that the Case Management Conference currently scheduled for December 2, 2010 at 10:00 a.m., be reset for July 21, 2011 at 10:00 a.m.

Respectfully Submitted,

*/s/ D. Gill Sperlein*

Dated: November 23, 2010  _____

D. Gill Sperlein
THE LAW OFFICE OF D. GILL SPERLEIN
Attorney for Plaintiffs