D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California  94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616

gill@sperleinlaw.com

Attorney for plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>   Plaintiff,<br><br>         vs.<br><br>DOES 1-244, individuals,<br><br>   Defendants. | CASE NO.  10-3647 (MEJ)<br><br>**DECLARATION OF D. GILL SPERLEIN IN SUPPORT OF PLAINTIFF IO GROUP, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO EXTEND TIME TO SERVE DEFENDANTS AND TO RESET CASE MANAGEMENT CONFERENCE** |

I, D. Gill Sperlein, declare:

   1.   I am a member of the State Bar of California and the bar of this Court.  I am the attorney of record in this matter.

   2.   On the day the Court issued its Order Granting Plaintiff Leave to Take Early Discovery, October 4, 2010, I served upon AT&T a subpoena requesting subscriber information

for the 244 Doe Defendants. A Copy of my cover letter and the Subpoena is attached hereto as Exhibit A.

3. On October 13, 2010 I had a telephone conversation with Rhonda Compton of AT&T. She informed me that AT&T had been inundated with similar subpoenas recently. She claimed that AT&T was only able to process 60 requests in 6 weeks, and that it would therefore take until March 18, 2011 to provide all the information sought in the subpoena. I told Ms. Compton that Plaintiff would agree to the extension of time to comply, provided the Court did not disapprove.

4. As an attorney who is familiar with the litigation trends relating to copyright infringement, I am aware that there has recently been an increase in the number of cases in which copyright holders seek to enforce their rights by identifying large numbers of Internet service subscribers. Many Internet service providers have reported to me that they have recently seen an upsurge in the amount of information requested thorough legal process.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

*11/23/2010*          */s/ D. Gill Sperlein*
Dated: _____   _____
                       D. GILL SPERLEIN
                       Attorney for Io Group, Inc.