D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California  94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> DOES 1-244, individuals, <br><br> Defendants. | CASE NO.: 10-3647 (MEJ) <br><br> [PROPOSED] ORDER EXTENDING PLAINTIFF IOGROUP INC'S TIME TO SERVE DOE DEFENDANTS AND RESETING CASE MANAGEMENT CONFERENCE |

Plaintiff has made an administrative request to the Court seeking an extension of time to serve Summonses and Complaints on the Doe Defendants.  The Court finds that Plaintiff promptly subpoenaed relevant subscriber information from the Does' Internet Service Provider AT&T.   AT&T informed Plaintiff that it is unable to provide the requested information until March 16, 2011.  The delay in receiving subscriber

1

information from AT&T provides good cause for extending the time to serve the Doe Defendants.

**IT IS ORDERED THAT**, Plaintiff shall have until July 14, 2011 to serve the Doe Defendants;

**IT IS FURTHER ORDERED THAT**, the Case management Conference previously scheduled for December 2, 2011 is reset for July 21, 2011 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: November 29, 2010

_____
CHIEF MAGISTRATE JUDGE MARIA-ELENA JAMES,
UNITED STATES DISTRICT COURT