IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC. D/b/a TITAN MEDIA, a California corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>DOES 1–244, individuals<br><br>   Defendants. | No. C 10-03647 WHA<br><br>**ORDER REQUESTING STATEMENT** |

Plaintiff filed this copyright infringement action in August 2010 against 244 Does. The complaint did not name *any* known defendants. In October 2010, plaintiff was granted leave to take early discovery (Dkt. No. 10). No further filings have been made concerning plaintiff's efforts to identify the Doe defendants over the past six months.

Plaintiff's counsel are instructed to file a statement explaining what has been done to identify the Does, how many have been identified, and what additional measures are planned for identifying any that remain. This submission is due at **NOON ON APRIL 29, 2011**.

**IT IS SO ORDERED.**

Dated: April 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE