**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP INC. d/b/a TITAN MEDIA, a California corporation<br><br>   Plaintiff,<br><br>   v.<br><br>DOES 1–244, individuals,<br><br>   Defendants. | No. C 10-03647 WHA<br><br>**NOTICE REGARDING IDENTIFICATION OF DOE DEFENDANTS** |

   Having reviewed plaintiff's statement regarding its efforts to identify the Doe defendants, plaintiff is requested to hasten its rate of progress. The decisions whether to seek an order compelling compliance with the subpoena or an order clarifying the non-pending status of the motion to dismiss are left to plaintiff's counsel's judgment. Counsel, however, would be well advised to identify all defendants by the June 2 case management conference.

Dated: May 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE