IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IO GROUP INC,. d/b/a TITAN MEDIA, a California corporation,

    Plaintiff,

v.

DOES 1–244, individuals

    Defendants.
    /

No. C 10-03647 WHA

**ORDER STRIKING MOTION TO DISMISS**

On May 6, an anonymous *pro se* litigant filed a motion to dismiss the compliant, which names only Doe defendants. The litigant identifies himself or herself only by the name Possible John Doe and the email address sophistocatedjanedoe@yahoo.com. There is no way to determine whether the motion was filed by a real party in interest or a stranger to the litigation. As such, the filing is improper. The clerk shall **STRIKE** Dkt. No. 38. If Possible John Doe wishes to appear in this action anonymously or otherwise, he or she must follow the proper procedures for doing so.

**IT IS SO ORDERED.**

Dated: May 10, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE