IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP INC., d/b/a TITAN MEDIA, a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DOES 1–244, individuals,<br><br>    Defendants.<br>                                 / | No. C 10-03647 WHA<br><br>**ORDER REGARDING MOTION PRACTICE** |

      A large-scale criminal trial before the undersigned judge is underway and is expected to conclude during the late summer or early fall. Because this trial consumes an unusual amount of time and resources, motions in civil cases will be considered and heard only on a selective basis. Except for discovery disputes, no motions may be filed in this action without prior written approval. A party seeking approval to file a motion must file a précis that summarizes the essence of the motion and explains its urgency. Any party opposing approval to file based on the précis may file an opposition by noon on the second business day following the day on which the précis was filed. Both the précis and the opposition must be three double-spaced pages or shorter and may not contain footnotes or attachments. After considering the précis and the opposition (if any), the Court will either grant or deny leave to file the motion. If leave is granted, a briefing schedule and hearing date will be set.

      **IT IS SO ORDERED.**

Dated: June 24, 2011.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE