**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IO GROUP INC., d/b/a TITAN MEDIA,
a California corporation,

    Plaintiff,

  v.

MARIUSZ PRALAT, CAROL B. PEAL, YUNSHU KANG, CHUN RONG ZHENG, ZHI NENG WU, RUBEN MORENO, HAO XU, CHIAFEN LIN, SANG YEOL KIM, and MALGORZATA FRACZYK, individuals,

    Defendants.
_____/

No. C 10-03647 WHA

**FIRST AMENDED CASE MANAGEMENT ORDER**

    Plaintiff must file its motion for default judgment against the two remaining defendants by **AUGUST 25, 2011**, to be heard on a 35-day track. Please make sure defendants are served with said motions. The case management conference set for July 28, 2011, is **VACATED**.

    **THERE WILL BE NO MORE EXTENSIONS.**

    **IT IS SO ORDERED.**

Dated: July 26, 2011.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE