IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC. d/b/a TITAN MEDIA, a
California corporation,

    Plaintiff,

v.

MARIUSZ PRALAT, CAROL B. PEAL,
YUNSHU KANG, CHUN RONG ZHENG,
ZHI NENG WU, RUBEN MORENO, HAO
XU, CHIAFEN LIN, SANG YEOL KIM,
and MALGORZATA FRACZYK,
individuals,

    Defendants.

No. C 10-03647 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and against defendants Mariusz Pralat and Malgorzata Fraczyk, jointly and severally, in the amount of $20,000. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE